In the Matter of the Accounting of MARTHA W. MUNRO et al., as Administrators of the Estate of CHARLES W. BARTLETT, Deceased. Camille M. B. Springsted, as Executrix of JAMES W. SPRINGSTED, Deceased, Appellant; MATTHEW W. WOOD, as Sole Surviving Administrator of the Estate of CHARLES W. BARTLETT, Deceased, Respondent.

Submitted October 19, 1948; decided November 24, 1948.

*David Groberg, C. Perry* and *T. Perry* for appellant.
*Matthew W. Wood* for respondent.

Decree affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.